■ Mamie Walton, Respondent, v Brass Rail Associates, Inc., Doing Business as Herbie's Brass Rail, Appellant. (Appeal No. 2.) [621 NYS2d 997] —Appeal unanimously dismissed without costs *(see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.,* 147 AD2d 977). (Appeal from Order of Supreme Court, Monroe County, Siragusa, J.—Negligence.) Present—Green, J. P., Pine, Wesley, Davis and Boehm, JJ.

■ Farm Family Mutual Insurance Company, as Subrogee of Vaughn Sherman and Another, Appellant-Respondent, v Deere & Company, Respondent-Appellant. [621 NYS2d 1004] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stone, J. (Appeals from Order of Supreme Court, Onondaga County, Stone, J.—Discovery.) Present—Green, J. P., Pine, Wesley, Davis and Boehm, JJ.

■ In the Matter of James Carney, Petitioner, v Thomas A. Coughlin, III, as Commissioner of the New York State Department of Correctional Services, Respondent. [621 NYS2d 1004] —Determination unanimously confirmed and petition dismissed. Memorandum: The determination that petitioner violated two inmate rules is supported by substantial evidence. A credibility issue was raised whether the coat in which a razor blade was found belonged to petitioner or another inmate. The Hearing Officer resolved that issue in respondent's favor, and there is no basis in the record to disturb that finding. Further, the finding that petitioner engaged in violent conduct is supported by substantial evidence consisting of statements in the misbehavior report and unusual incident report *(see, People ex rel. Vega v Smith,* 66 NY2d 130, 140). The record does not support the assertion that petitioner was denied the right to call witnesses. (Article 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Denman, P. J., Green, Balio, Callahan and Boehm, JJ.